FILED
APR 05 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

SEALED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff

v.

RYAN TALKINGTON,
    Defendant.

No. 1: 17 MJ 00055 SKO

[PROPOSED] SEALING ORDER ON GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING COMPLAINT, WARRANT AND SUPPORTING AFFIDAVIT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KIMBERLY A. SANCHEZ

(UNDER SEAL)

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of Kimberly A. Sanchez and this court's sealing order, be kept under seal until further order of the court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

_April 5, 2017_
DATED

_/s/ Sheila K. Oberto_
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE